Sheehan & Associates, P.C.                                60 Cuttermill Rd Ste 409, Great Neck NY 11021-3104
spencer@spencersheehan.com                                tel. 516.268.7080          fax 516.234.7800

February 11, 2021

District Judge John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   1:20-cv-10272-JPC
      Sanchez v. Avadim Health

Dear District Judge Cronan:

This office represents the Plaintiff. In accordance with your Honor's Individual Rules and Practices, Plaintiff requests an adjournment of the initial conference and submissions.

The original date for the initial conference is Monday, February 22, 2021, at 12:00 PM and the accompanying submission of the joint letter, proposed Civil Case Management Plan and Scheduling Order are required to be submitted no later than Monday, February 15, 2021. The reason for this request is because Defendant has not yet returned the waiver of service which this office sent to its registered agent. This action was filed on December 6, 2020 and the deadline for service is March 8, 2021. Additionally, my office contacted Defendant directly and inquired whether they would be willing to waive service of the summons but has not heard back. In the coming weeks prior to March 8, 2021, Plaintiff will effect service of Defendant through personal delivery to its registered agent, should a waiver not be returned and executed.

There have been no previous requests for adjournment of the initial conference and accompanying submissions. No previous request was granted or denied. Defendant has not consented because no one from Defendant has been in contact with my office. The proposed new date for the initial conference is Wednesday, April 14, 2021 with the accompanying submissions due Wednesday, April 7, 2021. This request is submitted at least 48 hours prior to the time by which the initial conference submissions are required. Thank you.

Respectfully submitted,

/s/Spencer Sheehan
Spencer Sheehan

Plaintiff's request is GRANTED.  The IPTC scheduled for February 22, 2021 at 12:00 p.m. is adjourned to April 19, 2021 at 10:00 a.m.  The parties shall file the joint letter and proposed case management plan, see Dkt. 5, by April 12, 2021.

SO ORDERED.
Date: February 11, 2021
      New York, New York

_____
JOHN P. CRONAN
United States District Judge