UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUZ SANCHEZ, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　- against -<br><br>AVADIM HEALTH INC.,<br><br>　　　　　　Defendant | 1:20-cv-10272-JPC<br><br>Plaintiff's Motion<br>to Allocate Proceeds of Claim in<br>Chapter 11 Proceeding |

　　PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support, Declarations of Matthew Dundon ("Dundon Declaration") and Spencer Sheehan ("Sheehan Declaration") ("Declarations"), any attached exhibits, and all papers on file in this action; and, such further evidence as the Court may require, Luz Sanchez ("Plaintiff") will move this Court, before the Honorable John P. Cronan, at the Courthouse, 500 Pearl Street, New York, New York 10007, on a date and time that the Court will determine, for an Order allocating proceeds of the allowed proofs of claim in the bankruptcy proceeding of Avadim Health Inc. ("Defendant"), set forth as follows:

1. Preliminarily certifying the Class, appointment of Sanchez as lead plaintiff, and appointment of Sheehan & Associates, P.C. as Counsel to the Class ("Class Counsel");

2. Preliminarily approving the allocation of Recovery as follows:

　　i.　a $5,000 service award to Sanchez;

　　ii.　a one-third (33 1/3%) fee award, $12,846.21, to Sheehan & Associates, P.C.;

    iii.    a fifteen percent (15%) fee award, $5,781.37, to Sanchez's and Counsel's bankruptcy adviser, Dundon Advisers LLC ("Dundon");

    iv.    reimbursement of $402.00 in Counsel's out-of-pocket expenses to date;

    v.    costs of notice plan, which are unknown presently, but which may be modified considering the relatively small amount for distribution; and

    vi.    the balance (the "Net Fund") to Xavier Mission Inc., as a *cy pres* award, on account of the Net Fund's undistributably small amount ("Net Fund Distribution," together with all prior proposed distribution, the "Proposed Distribution");

3. Preliminarily approving dismissal with prejudice of this District Court case after final approval and distribution of the Recovery;

4. To set a date, time and place for a final approval hearing ("Final Approval Hearing") and to set 30 days before the Final Approval Hearing as the deadline for the submission of objections to final approval; and

5. To approve a notice plan, which may be carried out by publication in a newspaper of general circulation, or electronically, via the internet, of a notice substantially in the form annexed as Exhibit "A" hereto, such notice including, among other things, the time, date and place of the Final Approval Hearing and the deadline and manner of submission of any objection to final approval or opt-out from participation in the allocation of Recovery, omitting, on account of the modest amount of the Recovery, the large number of potential absent class members, and the non-imposition of any new release or impediment from pursuing individual causes of action, any individual notice to potential absent class member.

Dated: June 19, 2024

Respectfully submitted,

/s/Spencer Sheehan
Sheehan & Associates, P.C.
60 Cuttermill Rd Ste 412
Great Neck NY 11021
(516) 268-7080
spencer@spencersheehan.com

3

**Certificate of Service**

I certify that on June 19, 2024, I served and/or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email | Fax |
|---|---|---|---|---|
| Defendant's Counsel | ☐ | ☐ | ☐ | ☐ |
| Plaintiff's Counsel | ☐ | ☐ | ☐ | ☐ |
| Courtesy Copy to Court | ☒ | ☐ | ☐ | ☐ |

/s/ Spencer Sheehan