UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                     :

LUZ SANCHEZ, *individually and on behalf of all others similarly situated*,

                             Plaintiff,                                        20 Civ. 10272 (JPC)

                   -v-                                                <u>ORDER</u>

AVADIM HEALTH, INC.,

                             Defendant.

-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       The Court has reviewed Plaintiff's letter in response to the Court's November 19, 2024 Order to Show Cause. Dkt. 40. Plaintiff's counsel is ordered to appear before the undersigned for a teleconference on December 20, 2024 at 1:00 p.m. to discuss Plaintiff's letter and the pending motion for class certification and disbursement. At that time, counsel should call (202) 503-1666, Conference ID 527 026 940#.

       SO ORDERED.

Dated: December 9, 2024
       New York, New York

                                                           JOHN P. CRONAN
                                                   United States District Judge